UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

William Robert Upshaw,

    Defendant.

**ORDER**
Criminal No. 12-299 (MJD/LIB)

_____

The above-entitled matter comes before the Court on Defendant's objections to the Report and Recommendation of Magistrate Judge Leo I. Brisbois dated February 5, 2013. Defendant objects to the legal conclusions set forth in the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review, the Court will adopt the Report and Recommendation in its entirety. Accordingly,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 12] is **DENIED**; and

2. Defendant's Motion to Suppress Statements, Admissions and Answers [Doc. No. 13] is **DENIED**.

Date: March 18, 2013

<pre>                            s/ Michael J. Davis
                            Michael J. Davis
                            Chief Judge
                            United States District Court</pre>